

# United States District Court
# Eastern District of California

| Katherine L. Zuniga |
|---|

Plaintiff(s)

Case Number: | 1:26-cv-03135-CDB |

V.

| LexisNexis Risk Solutions, Inc. |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Tarek N. Chami _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Katherine L. Zuniga

On ____10/29/2012____ (date), I was admitted to practice and presently in good standing in the

____Supreme Court of Michigan____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: ____06/08/2026____   Signature of Applicant: /s/ ____Tarek N. Chami____

**Pro Hac Vice Attorney**

Applicant's Name: Tarek N. Chami

Law Firm Name: CONSUMER JUSTICE LAW FIRM PLC

Address: 835 Mason St, Suite C349

City: Dearborn     State: MI     Zip: 48124

Phone Number w/Area Code: (313) 447-0488

City and State of Residence: Dearborn, MI

Primary E-mail Address: tchami@consumerjustice.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jenna Dakroub

Law Firm Name: CONSUMER JUSTICE LAW FIRM PLC

Address: 16130 Ventura Blvd,

Suite 300

City: Encino     State: CA     Zip: 91436

Phone Number w/Area Code: (602) 807-1525     Bar # 350170

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 9, 2026

_____
U.S. Magistrate Judge Christopher D. Baker